Client/Matter No.:       025319-426839
Client Name:             **KeyCorp Real Estate Capital Markets, Inc.**
Matter Name:             **Chetram Enforcement (T-N 11/0286)**

Client Reference Number: 5006
Related Matter Number:   099206-000002

Client Address:          KeyCorp Real Estate Capital Markets, Inc.
                         11501 Outlook Street, Suite #300
                         Overland Park, KS 66211

Matter Address:          KeyCorp Real Estate Capital Markets, Inc.
                         Kevin Hogg
                         11501 Outlook Street, Suite #300
             .           Overland Park, KS 66211

## *Matter Level Billing Instructions:*

Joint Statements: *No*   Joint Number:          Other: *no discount*

## *Matter Level Billing Parameters:*

| | | | | |
|---|---|---|---|---|
| Bill Frequency: | *M* | | Bill Arrangement: | *Standard* |
| Bill Template: | *5* | | Fee Rate: | *15* |
| Time Format: | *7* | | | |

RE:    Chetram Enforcement (T-N 11/0286)
       Loan #10057303

|  |  |
|---|---:|
| Total Professional Services | $9,349.50 |
| Total Current Disbursements | $466.00 |
| Total Current Charges | $9,815.50 |
| Previous Balance as of 11/08/12 | $0.00 |
| Less Unallocated Credits | 0.00 |
| Total Balance Due | $9,815.50 |
| Current Balance in Trust Account | $0.00 |

### *Account Receivable Aging for this Matter:*

| *0-30 Days* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *121+ Days* | *Total Due* |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 |

### *Unbilled Aging for this Matter:*

| *0-30 Days* | *31-60 Days* | *61-90 Days* | *91-120 Days* | *121+ Days* | *Total Unbilled* |
|---|---|---|---|---|---|
| $9,263.00 | $552.50 | $0.00 | $0.00 | $0.00 | $9,815.50 |

### *History to Date Write Offs:*

| | FEES | COSTS | TOTAL |
|---|---|---|---|
| UNBILLED WRITE UP/WRITE DOWNS | -$18,891.25 | $5.36 | -$18,885.89 |
| A/R WRITE OFFS | $0.00 | $0.00 | $0.00 |
| TOTAL WRITE OFFS | -$18,891.25 | $5.36 | -$18,885.89 |

Exhibit "A" to Nagi Declaration

Billing Atty: *#1085 D.J. Flanigan*     Run Date: *11/08/12*     Entries Through: *11/08/12*    
Supervising Atty: *#1087 B.D. Anders*
**Client/Matter No.:**    025319-426839
**Client Name:**    KeyCorp Real Estate Capital Markets, Inc.
**Matter Name:**    Chetram Enforcement (T-N 11/0286)

*Detail of Time Entries:*

| Date | Timekeeper<br>Description | Status | Index No. | Hours | Amount | Code | ABA<br>Task | ABA<br>Act |
|------|----------|--------|-----------|-------|--------|------|-----|-----|
| 09/28/12 | J.A. Nagi | B | 18280018 | 1.30 | 429.00 | | | |
| | Work on | | | | | | | |
| 09/28/12 | K.A. Vervoort | B | 18286465 | 0.30 | 33.00 | | | |
| | Finalize, file and serve | | REDACTED | | | | | |
| 10/04/12 | J.A. Nagi | B | 18297536 | 0.20 | 66.00 | | | |
| | Review | | | | | | | |
| 10/04/12 | A.S. Taylor | B | 18285812 | 0.10 | 24.50 | | | |
| | Review | | | | | | | |
| 10/11/12 | A.S. Taylor | B | 18309615 | 0.25 | 61.25 | | | |
| | Telephone conference | | | | | | | |
| 10/16/12 | A.S. Taylor | B | 18349661 | 0.20 | 49.00 | | | |
| | Correspondence | | | | | | | |
| 10/21/12 | A.S. Taylor | B | 18349711 | 4.95 | 1,212.75 | | | |
| | Work regarding | | | | | | | |
| 10/26/12 | J.A. Nagi | B | 18385234 | 3.80 | 1,254.00 | | | |
| | Consider | and work on | Work on | | | | | . Email |
| 10/26/12 | A.S. Taylor | B | 18368115 | 0.85 | 208.25 | | | |
| | Work regarding | | | | | | | |
| 10/28/12 | A.S. Taylor | B | 18368122 | 4.15 | 1,016.75 | | | |
| | Work | | | | | | | |

Billing Atty: *#1085 D.J. Flanigan*    Run Date: *11/08/12*    Entries Through: *11/08/12*
Supervising Atty: *#1087 B.D. Anders*
Client/Matter No.:    025319-426839
Client Name:    KeyCorp Real Estate Capital Markets, Inc.
Matter Name:    Chetram Enforcement (T-N 11/0286)

| Date | Attorney | | Invoice | Hours | Amount | |
|---|---|---|---|---|---|---|
| 10/29/12 | A.S. Taylor | B | 18388928 | 0.55 | 134.75 | |
| | Work regarding · | | | | | |
| 10/30/12 | B.D. Anders | B | 18379370 | 1.70 | 663.00 | |
| | Continue revisions | | | | | |
| 10/30/12 | A.S. Taylor | B | 18388938 | 0.70 | 171.50 | |
| | Work regarding | | | | | |
| 10/31/12 | J.A. Nagi | B | 18385237 | 0.50 | 165.00 | |
| | Consider : | | . Review | | | |
| 10/31/12 | K.A. Vervoort | B | 18385806 | 1.00 | 110.00 | |
| | Review file and communications · | | | | | |
| 10/31/12 | A.S. Taylor | B | 18388941 | 2.50 | 612.50 | |
| | Work regarding | | | | | |
| 11/01/12 | B.D. Anders | B | 18397622 | 1.40 | 546.00 | |
| | Finalize | | Review and revise | | | |
| 11/01/12 | J.A. Nagi | B | 18408741 | 1.25 | 412.50 | |
| | Emails · | | Emails · | | | Draft |
| 11/01/12 | K.A. Vervoort | B | 18398309 | 0.55 | 60.50 | |
| | Assist | | | | | |
| 11/02/12 | A.S. Taylor | B | 18402429 | 5.60 | 1,372.00 | |
| | Work regarding | | | | | |
| 11/04/12 | A.S. Taylor | B | 18402439 | 2.95 | 722.75 | |
| | Work regarding · | | Draft · | | | |

Billing Atty: *#1085 D.J. Flanigan*     Run Date: *11/08/12*     Entries Through: *11/08/12*     Prebill Index: *1679667*
Supervising Atty: *#1087 B.D. Anders*
**Client/Matter No.:**     025319-426839
**Client Name:**     **KeyCorp Real Estate Capital Markets, Inc.**
**Matter Name:**     **Chetram Enforcement (T-N 11/0286)**

| | | | | | |
|---|---|---|---|---|---|
| 11/06/12 | A.S. Taylor | B | 18402458 | 0.10 | 24.50 |

Review

| | | |
|---|---|---|
| **SUBTOTAL OF BILLABLE HOURS AND FEES:** | 34.90 | 9,349.50 |

*Time and Fee Summary:*

| Timekeeper | | Hours | $ Rate | $ Fee | Override Hours | Override $ Rate | Override $ Fees |
|---|---|---|---|---|---|---|---|
| 1087 | Brett D. Anders | 3.10 | 390.00 | 1,209.00 | | | |
| 1342 | Jason A. Nagi | 7.05 | 330.00 | 2,326.50 | | | |
| 3288 | Kimberlee A. Vervoort | 1.85 | 110.00 | 203.50 | | | |
| 8029 | Angela S. Taylor | 22.90 | 245.00 | 5,610.50 | | | |
| | TOTALS | *34.90* | | *$9,349.50* | | | |

# Reason for Billing Write-Down

_____
_____
_____

*Costs Advanced and Expenses Incurred:*

| Date Code | Status Description | Index | Voucher | Check# | Amount |
|---|---|---|---|---|---|
| | LR | ON-LINE SEARCHES | | | 466.00 |
| **SUBTOTAL OF BILLABLE COSTS:** | | | | | **466.00** |

Billing Atty: *#1085 D.J. Flanigan*  Run Date: *11/08/12*  Entries Through: *11/08/12*

Supervising Atty: *#1087 B.D. Anders*

**Client/Matter No.:** 025319-426839
**Client Name:** KeyCorp Real Estate Capital Markets, Inc.
**Matter Name:** Chetram Enforcement (T-N 11/0286)

### *Billing Instructions for this Matter:*

| | |
|---|---|
| _____ | Bill Fees and Costs |
| _____ | Bill Fees Only |
| _____ | Bill Costs Only |
| _____ | Show Discount on Client Statement |
| _____ | Apply Unallocated Credit: ❑ All; *or* ❑ $ _____  Current $: 0.00 |
| _____ | Apply Funds in Trust Account: ❑ All; *or* ❑ $ _____  Current $: $0.00 |
| _____ | Final Bill on this Matter |
| _____ | Close File |
| _____ | Do Not Bill |

### *Billings To Date:*

Last Bill Date: *10/05/12*    Billed Through: *10/31/12*    Last Payment Date: *10/23/12*

| *Hours Billed To Date* | *Fees Billed To Date* | *Costs Billed To Date* | *Total Billed To Date* |
|---|---|---|---|
| 181.65 | $43,974.75 | $1,770.01 | $45,744.76 |

### *Matter Billing and Payment History:*

Ledger Summary for this Matter (all invoices since 08/01/2012)
* Other may contain invoice amounts
** Other may contain Interim bill invoice payments or unallocated cash.

| *Invoice* | *Date* | *Fees* | *Costs* | *Late Fees or *Other* | *Pay Code* | *Date* | *Fees* | *Costs* | *Late Fees or**Other* | *Balance* |
|---|---|---|---|---|---|---|---|---|---|---|
| 896765 | 07/25/12 | 5,382.25 | 226.90 | 0.00 | PAY | 08/21/12 | 5,382.25 | 226.90 | 0.00 | 0.00 |
| 902247 | 08/15/12 | 1,171.00 | 32.44 | 0.00 | PAY | 09/05/12 | 1,171.00 | 32.44 | 0.00 | 0.00 |
| 909926 | 09/14/12 | 5,987.75 | 123.00 | 0.00 | PAY | 09/30/12 | 5,987.75 | 123.00 | 0.00 | 0.00 |
| 915577 | 10/05/12 | 6,433.75 | 335.07 | 0.00 | PAY | 10/23/12 | 6,433.75 | 335.07 | 0.00 | 0.00 |

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated.
Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

KeyCorp Real Estate Capital Markets, Inc.
Kevin Hogg
11501 Outlook Street, Suite #300
Overland Park, KS 66211

**October 5, 2012**
Invoice No: 915577
File No: 025319-426839
Client Reference No: 5006

Re:    Chetram Enforcement (T-N 11/0286)
       Loan #10057303

## Invoice Summary

| | |
|---|---|
| Current Professional Services | $6,433.75 |
| Current Disbursements | 335.07 |
| **Total Current Invoice - Due by November 5, 2012** | **$6,768.82** |
| Balance from Previous Statement | 6,110.75 |
| Payments Received | (6,110.75) |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | **$6,768.82** |

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

# Polsinelli Shughart PC

# Invoice Detail

For Professional Services Through 10/31/12
File No. 025319-426839
Re: Chetram Enforcement (T-N 11/0286)
Loan #10057303

## Professional Services

| Date | Description | | Tmkpr | Hours | Amount |
|------|-------------|---|-------|-------|--------|
| 9/3/12 | Review and revise Draft **REDACTED** | | ASTAY | 0.70 | $171.50 |
| 9/4/12 | Revisions | and follow up | JANAG | 1.50 | 495.00 |
| 9/4/12 | Finalize and file Prepare Communications Finalize, file, and serve | | KAVER | 2.60 | 286.00 |
| 9/4/12 | Finalize and instructions E-mail correspondence | | ASTAY | 0.35 | 85.75 |
| 9/6/12 | Revisions . Revisions | | BDAND | 0.40 | 156.00 |
| 9/10/12 | Draft | | ASTAY | 0.90 | 220.50 |
| 9/11/12 | Review and revise | | JANAG | 1.35 | 445.50 |
| 9/11/12 | Finalize, file, and serve | | KAVER | 0.60 | 66.00 |
| 9/11/12 | Consultation Revised and instructions | | ASTAY | 0.80 | 196.00 |
| 9/12/12 | Attend Draft | | JANAG | 5.50 | 1,815.00 |
| 9/12/12 | Review Work | | ASTAY | 0.55 | 134.75 |
| 9/13/12 | Draft Telephone call | | JANAG | 1.10 | 363.00 |
| 9/13/12 | Telephone conference | | ASTAY | 1.45 | 355.25 |

Work regarding

## Payment Terms: Net 30
Late Payment Charge: 1% per month may be charged on outstanding balances

# Polsinelli Shughart PC

# Invoice Detail

For Professional Services Through 10/31/12
File No. 025319-426839
Re: Chetram Enforcement (T-N 11/0286)
Loan #10057303

| Date | Description | | Timekeeper | Hours | Amount |
|---|---|---|---|---|---|
| 9/14/12 | Telephone call with | Review | JANAG | 0.60 | 198.00 |
| 9/14/12 | Review and comment | **REDACTED** | ASTAY | 0.25 | 61.25 |
| 9/27/12 | Work regarding | | ASTAY | 2.35 | 575.75 |
| 9/28/12 | Work regarding | and legal research | ASTAY | 3.30 | $808.50 |
| | Revised | Instructions | | | |

**Total Professional Services** $6,433.75

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| B.D. Anders | Shareholder | 390.00 | 0.40 | $156.00 |
| J.A. Nagi | Shareholder | 330.00 | 10.05 | 3,316.50 |
| A.S. Taylor | Associate | 245.00 | 10.65 | 2,609.25 |
| K.A. Vervoort | Paralegal | 110.00 | 3.20 | $352.00 |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| | Federal Express | $20.02 |
| | Postage | 0.45 |
| | Westlaw Computer Research | 314.00 |
| 08/01/12 | On-Line Searches Pacer | 0.20 |
| 08/01/12 | On-Line Searches Pacer | 0.40 |
| | **Total Disbursements** | **$335.07** |

Total Professional Services $6,433.75

Total Disbursements 335.07

**Total Current Charges Due** **$6,768.82**

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

KeyCorp Real Estate Capital Markets, Inc.          October 5, 2012
Kevin Hogg                                         Invoice No.: 915577
11501 Outlook Street, Suite #300                   File No.: 025319-426839
Overland Park, KS 66211                            Client Reference No: 5006

Re:    Chetram Enforcement (T-N 11/0286)
       Loan #10057303

---

## Invoice Summary

| | |
|---|---|
| Current Professional Services | $6,433.75 |
| Current Disbursements | 335.07 |
| **Total Current Invoice - Due by November 5, 2012** | **$6,768.82** |
| Balance from Previous Statement | 6,110.75 |
| Payments Received | (6,110.75) |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$6,768.82*** |

---

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

---

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

KeyCorp Real Estate Capital Markets, Inc.
Kevin Hogg
11501 Outlook Street, Suite #300
Overland Park, KS 66211

September 14, 2012
Invoice No: 909926
File No: 025319-426839
Client Reference No: 5006

Re:    Chetram Enforcement (T-N 11/0286)
       Loan #10057303

## Invoice Summary

| | |
|---|---|
| Current Professional Services | $5,987.75 |
| Current Disbursements | 123.00 |
| **Total Current Invoice - Due by October 15, 2012** | **$6,110.75** |
| Balance from Previous Statement | 6,812.59 |
| Payments Received | (6,812.59) |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$6,110.75*** |

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

# Polsinelli Shughart PC

# Invoice Detail

For Professional Services Through 8/31/12
File No. 025319-426839
Re: Chetram Enforcement (T-N 11/0286)
Loan #10057303

## Professional Services

| Date | Description | Tmkpr | Hours | Amount |
|------|-------------|-------|-------|--------|
| 8/2/12 | Consultation with | ASTAY | 0.25 | $61.25 |
| | **REDACTED** | | | |
| 8/6/12 | Consultation with | ASTAY | 0.35 | 85.75 |
| 8/7/12 | Review correspondence | ASTAY | 0.10 | 24.50 |
| | and correspondence to | | | |
| 8/9/12 | Review and consider | JANAG | 0.15 | 49.50 |
| 8/13/12 | Telephone call with | JANAG | 0.15 | 49.50 |
| 8/14/12 | Review . Draft | JANAG | 0.60 | 198.00 |
| 8/14/12 | Review of | ASTAY | 0.20 | 49.00 |
| 8/15/12 | Telephone call with | JANAG | 0.80 | 264.00 |
| 8/15/12 | Revisions to Prepare | TJBAC | 0.35 | 38.50 |
| 8/16/12 | Consider | JANAG | 0.20 | 66.00 |
| 8/23/12 | Call to | JANAG | 0.20 | 66.00 |
| 8/28/12 | Review and analyze | JANAG | 1.00 | 330.00 |
| 8/28/12 | Receipt and review Work | ASTAY | 1.80 | 441.00 |
| | . Consultation with | | | |
| 8/29/12 | Work on | JANAG | 1.90 | 627.00 |
| 8/29/12 | Work regarding | ASTAY | 3.45 | 845.25 |
| 8/30/12 | Review | BDAND | 0.20 | 78.00 |
| 8/30/12 | Draft Detailed review | JANAG | 2.60 | 858.00 |
| 8/30/12 | Work regarding and legal research | ASTAY | 1.80 | 441.00 |
| 8/30/12 | Legal research regarding | NHWOO | 0.85 | 170.00 |
| 8/31/12 | Work on Draft | JANAG | 2.80 | 924.00 |

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

# Polsinelli Shughart PC

# Invoice Detail

File No. 025319-426839
Re: Chetram Enforcement (T-N 11/0286)
Loan #10057303

| 8/31/12 | Obtain · | REDACTED | KAVER | 0.25 | 27.50 |
|---------|----------|----------|-------|------|-------|
| 8/31/12 | Work regarding | | ASTAY | 1.20 | $294.00 |
| | **Total Professional Services** | | | | **$5,987.75** |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| B.D. Anders | Shareholder | 390.00 | 0.20 | $78.00 |
| J.A. Nagi | Shareholder | 330.00 | 10.40 | 3,432.00 |
| A.S. Taylor | Associate | 245.00 | 9.15 | 2,241.75 |
| N.H. Woodworth | Associate | 200.00 | 0.85 | 170.00 |
| T.J. Backus | Paralegal | 110.00 | 0.35 | 38.50 |
| K.A. Vervoort | Paralegal | 110.00 | 0.25 | $27.50 |

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| | Westlaw Computer Research | $115.50 |
| 06/30/12 | On-Line Searches (Pacer) | 0.50 |
| 06/30/12 | On-Line Searches (Pacer) | 7.00 |
| | **Total Disbursements** | **$123.00** |

| | |
|---|---|
| Total Professional Services | $5,987.75 |
| Total Disbursements | 123.00 |
| **Total Current Charges Due** | **$6,110.75** |

KeyCorp Real Estate Capital Markets, Inc.
Kevin Hogg
11501 Outlook Street, Suite #300
Overland Park, KS 66211

September 14, 2012
Invoice No.: 909926
File No.: 025319-426839
Client Reference No: 5006

Re:     Chetram Enforcement (T-N 11/0286)
        Loan #10057303

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $5,987.75 |
| Current Disbursements | 123.00 |
| **Total Current Invoice - Due by October 15, 2012** | **$6,110.75** |
| Balance from Previous Statement | 6,812.59 |
| Payments Received | (6,812.59) |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$6,110.75*** |

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

KeyCorp Real Estate Capital Markets, Inc.
Kevin Hogg
11501 Outlook Street, Suite #300
Overland Park, KS 66211

**August 15, 2012**
Invoice No: 902247
File No: 025319-426839
Client Reference No: 5006

Re:    Chetram Enforcement (T-N 11/0286)
       Loan #10057303

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $1,171.00 |
| Current Disbursements | 32.44 |
| **Total Current Invoice - Due by September 15, 2012** | **$1,203.44** |
| Balance from Previous Statement | 9,237.90 |
| Payments Received | (3,628.75) |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$6,812.59*** |

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

# Polsinelli Shughart PC

# Invoice Detail

For Professional Services Through 8/31/12
File No. 025319-426839
Re: Chetram Enforcement (T-N 11/0286)
Loan #10057303

## Professional Services

| Date | Description | | Tmkpr | Hours | Amount |
|------|-------------|--|-------|-------|--------|
| 7/5/12 | Work on | | ASTAY | 0.90 | $220.50 |
| 7/6/12 | Research concerning | **REDACTED** | JANAG | 1.50 | 495.00 |
| 7/6/12 | Review | | ASTAY | 0.10 | 24.50 |
| 7/10/12 | Work regarding | | ASTAY | 0.30 | 73.50 |
| 7/19/12 | Receipt and review | . Consultation with | ASTAY | 0.90 | 220.50 |
| | Updated and e-mailed | | | | |
| 7/23/12 | Receive and review | | BDAND | 0.10 | 39.00 |
| 7/25/12 | Correspondence to | | ASTAY | 0.25 | 61.25 |
| | . Consultation with | | | | |
| 7/30/12 | Correspondence to | | ASTAY | 0.15 | $36.75 |
| | **Total Professional Services** | | | | **$1,171.00** |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| B.D. Anders | Shareholder | 390.00 | 0.10 | $39.00 |
| J.A. Nagi | Shareholder | 330.00 | 1.50 | 495.00 |
| A.S. Taylor | Associate | 245.00 | 2.60 | $637.00 |

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 06/27/12 | Deliveries - - VENDOR: Velocity Express Inc Delivery service to Eastern District Court | $32.44 |
| | **Total Disbursements** | **$32.44** |

Total Professional Services     $1,171.00

Total Disbursements     32.44

**Total Current Charges Due**     **$1,203.44**

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

# Polsinelli Shughart PC

# Invoice Detail

For Professional Services Through 8/31/12
File No. 025319-426839
Re: Chetram Enforcement (T-N 11/0286)
Loan #10057303

# Polsinelli Shughart PC

# Invoice Detail

## Statement of Outstanding Invoices

| Date | Inv# | Amount | Credit | Payments | Balance* |
|------|------|--------|--------|----------|----------|
| 07/25/12 | 896765 | $5,609.15 | $0.00 | $0.00 | $5,609.15 |
| **Total of Prior Balance Due** | | | | | **$5,609.15** |

*If a payment has already been made, thank you.

KeyCorp Real Estate Capital Markets, Inc.  
Kevin Hogg  
11501 Outlook Street, Suite #300  
Overland Park, KS 66211  

August 15, 2012  
Invoice No.: 902247  
File No.: 025319-426839  
Client Reference No: 5006  

Re:    Chetram Enforcement (T-N 11/0286)  
         Loan #10057303  

---

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $1,171.00 |
| Current Disbursements | 32.44 |
| **Total Current Invoice - Due by September 15, 2012** | **$1,203.44** |
| Balance from Previous Statement | 9,237.90 |
| Payments Received | (3,628.75) |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$6,812.59*** |

---

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

---

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**  
For other inquiries, please contact **Daniel J. Flanigan** at **(816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to  
Polsinelli Shughart PC  
P.O. Box 878681  
Kansas City, MO 64187-8681  
Wire Instructions:  
US Bank  
Acct: Polsinelli Shughart, PC  
Acct #: 4343953230  
ABA #: 101000187  
SWIFT Code - USBKUS44IMT  
Please reference Invoice No.

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

KeyCorp Real Estate Capital Markets, Inc.
Kevin Hogg
11501 Outlook Street, Suite #300
Overland Park, KS 66211

**July 25, 2012**
Invoice No: 896765
File No: 025319-426839
Client Reference No: 5006

Re:    Chetram Enforcement (T-N 11/0286)
        Loan #10057303

## Invoice Summary

| | |
|---|---|
| Current Professional Services | $5,382.25 |
| Current Disbursements | 226.90 |
| **Total Current Invoice - Due by August 25, 2012** | **$5,609.15** |
| Balance from Previous Statement | 5,067.25 |
| Payments Received | (1,438.50) |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$9,237.90*** |

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

# Polsinelli Shughart PC

# Invoice Detail

File No. 025319-426839
Re: Chetram Enforcement (T-N 11/0286)
Loan #10057303

## Professional Services

| Date | Description | Tmkpr | Hours | Amount |
|------|-------------|-------|-------|--------|
| 6/1/12 | Telephone call and email with | JANAG | 0.40 | $132.00 |
| 6/1/12 | Provide | TJBAC | 0.20 | 22.00 |
| | **REDACTED** | | | |
| 6/1/12 | Consultation with . | ASTAY | 0.35 | 85.75 |
| 6/11/12 | Download, transfer and organize Communications with | KAVER | 0.20 | 22.00 |
| 6/11/12 | Receipt and review begin draft | ASTAY | 0.45 | 110.25 |
| 6/12/12 | Consider | JANAG | 0.15 | 49.50 |
| 6/12/12 | Work regarding | ASTAY | 1.30 | 318.50 |
| 6/13/12 | Telephone call with | JANAG | 0.25 | 82.50 |
| 6/13/12 | Draft Consultation with | ASTAY | 4.40 | 1,078.00 |
| 6/14/12 | Consultation with | ASTAY | 0.30 | 73.50 |
| 6/15/12 | Draft Consider | JANAG | 1.40 | 462.00 |
| 6/15/12 | Consultation with Review of | ASTAY | 0.55 | 134.75 |
| 6/18/12 | Finalize and oversee | JANAG | 0.60 | 198.00 |
| 6/19/12 | Analysis regarding | BDAND | 0.30 | 117.00 |
| 6/19/12 | Consultation with Revised | ASTAY | 0.50 | 122.50 |
| 6/20/12 | Receive and review on Work | BDAND | 0.70 | 273.00 |
| 6/20/12 | Work regarding Consultation with | ASTAY | 0.85 | 208.25 |
| 6/21/12 | Revisions | BDAND | 0.30 | 117.00 |
| 6/21/12 | Consider | JANAG | 0.25 | 82.50 |

**Payment Terms:  Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

# Polsinelli Shughart PC

# Invoice Detail

For Professional Services Through 6/30/12
File No. 025319-426839
Re: Chetram Enforcement (T-N 11/0286)
Loan #10057303

| Date | Description | | Timekeeper | Hours | Amount |
|---|---|---|---|---|---|
| 6/21/12 | Revised | | ASTAY | 1.60 | 392.00 |
| 6/21/12 | Work | | ASTAY | 0.30 | 73.50 |
| 6/22/12 | Revisions to | **REDACTED** | JANAG | 2.55 | 841.50 |
| 6/22/12 | Consultation with | | ASTAY | 0.20 | 49.00 |
| 6/25/12 | Receive and review email correspondence Finalize | | BDAND | 0.10 | 39.00 |
| 6/25/12 | Review of | and consideration of | ASTAY | 0.45 | 110.25 |
| 6/27/12 | Work regarding | | ASTAY | 0.70 | 171.50 |
| 6/28/12 | Document, file | | KAVER | 0.15 | $16.50 |
| | **Total Professional Services** | | | | **$5,382.25** |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| B.D. Anders | Shareholder | 390.00 | 1.40 | $546.00 |
| J.A. Nagi | Shareholder | 330.00 | 5.60 | 1,848.00 |
| A.S. Taylor | Associate | 245.00 | 11.95 | 2,927.75 |
| T.J. Backus | Paralegal | 110.00 | 0.20 | 22.00 |
| K.A. Vervoort | Paralegal | 110.00 | 0.35 | $38.50 |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| | Telephone | $1.20 |
| | Westlaw Computer Research | 199.50 |
| 05/01/12 | On-Line Searches Pacer | 1.20 |
| 06/20/12 | Filing Fees - - VENDOR: Kings County Clerk  - Transcript of Judgment Filing Fee | 25.00 |
| | **Total Disbursements** | **$226.90** |

| | |
|---|---|
| Total Professional Services | $5,382.25 |
| Total Disbursements | 226.90 |
| **Total Current Charges Due** | **$5,609.15** |

**Payment Terms:  Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

# Polsinelli Shughart PC

# Invoice Detail

## Statement of Outstanding Invoices

| Date | Inv# | Amount | Credit | Payments | Balance* |
|------|------|--------|--------|----------|----------|
| 06/25/12 | 889167 | $3,628.75 | $0.00 | $0.00 | $3,628.75 |
| **Total of Prior Balance Due** | | | | | **$3,628.75** |

*If a payment has already been made, thank you.

KeyCorp Real Estate Capital Markets, Inc.
Kevin Hogg
11501 Outlook Street, Suite #300
Overland Park, KS 66211

July 25, 2012
Invoice No.: 896765
File No.: 025319-426839
Client Reference No: 5006

Re: Chetram Enforcement (T-N 11/0286)
Loan #10057303

## Invoice Summary

| | |
|---|---|
| Current Professional Services | $5,382.25 |
| Current Disbursements | 226.90 |
| **Total Current Invoice - Due by August 25, 2012** | **$5,609.15** |
| Balance from Previous Statement | 5,067.25 |
| Payments Received | (1,438.50) |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$9,237.90*** |

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

KeyCorp Real Estate Capital Markets, Inc.  
Kevin Hogg  
11501 Outlook Street, Suite #300  
Overland Park, KS 66211

**June 25, 2012**  
Invoice No: 889167  
File No: 025319-426839  
Client Reference No: 5006

Re:    Chetram Enforcement (T-N 11/0286)  
       Loan #10057303

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $3,326.25 |
| Current Disbursements | 302.50 |
| **Total Current Invoice - Due by July 26, 2012** | **$3,628.75** |
| Balance from Previous Statement | 6,165.68 |
| Payments Received | (4,727.18) |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$5,067.25*** |

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**  
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to  
Polsinelli Shughart PC  
P.O. Box 878681  
Kansas City. MO 64187-8681  
Wire Instructions:  
US Bank  
Acct: Polsinelli Shughart, PC  
Acct #: 4343953230  
ABA #: 101000187  
SWIFT Code - USBKUS44IMT  
Please reference Invoice No.

**Payment Terms: Net 30**  
Late Payment Charge: 1% per month may be charged on outstanding balances

# Polsinelli Shughart PC

# Invoice Detail

For Professional Services Through 5/31/12
File No. 025319-426839
Re: Chetram Enforcement (T-N 11/0286)
Loan #10057303

## Professional Services

| Date | Description | Tmkpr | Hours | Amount |
|------|-------------|-------|-------|--------|
| 5/1/12 | Consultation with | ASTAY | 0.10 | $24.50 |
| 5/7/12 | Receipt and review                Instructions | ASTAY | 0.30 | 73.50 |
| 5/8/12 | Review            and compile | TJBAC | 0.40 | 44.00 |
| | prepare | | | |
| 5/9/12 | Review and revise | TJBAC | 3.15 | 346.50 |
| | preparing                and finish . Prepare . Communications with | | | |
| 5/9/12 | Instructions           **REDACTED** | ASTAY | 0.35 | 85.75 |
| 5/10/12 | Receipt and review | ASTAY | 0.15 | 36.75 |
| 5/15/12 | Review | JANAG | 0.85 | 280.50 |
| | Draft email            Email Consider | | | |
| 5/15/12 | Work on           . Analysis of Review of | ASTAY | 1.90 | 465.50 |
| 5/17/12 | Attend            Analysis of | JANAG | 4.00 | 1,320.00 |
| 5/17/12 | Analysis of | ASTAY | 0.10 | 24.50 |
| 5/18/12 | Review of            and e-mail | ASTAY | 0.15 | 36.75 |
| | correspondence | | | |
| 5/22/12 | Begin work | ASTAY | 1.05 | 257.25 |
| 5/23/12 | Work regarding | ASTAY | 0.15 | 36.75 |
| 5/25/12 | Work regarding | ASTAY | 0.25 | 61.25 |
| 5/29/12 | Review            and consultation | ASTAY | 0.40 | 98.00 |
| 5/31/12 | Analysis of | ASTAY | 0.55 | $134.75 |

**Total Professional Services**                                                              **$3,326.25**

# Polsinelli Shughart PC

# Invoice Detail

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| J.A. Nagi | Shareholder | 330.00 | 4.85 | $1,600.50 |
| A.S. Taylor | Associate | 245.00 | 5.45 | 1,335.25 |
| T.J. Backus | Paralegal | 110.00 | 3.55 | $390.50 |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 03/02/12 | Deliveries HPS Process Service & Investigations, Inc HPS Process Service Invoice | $302.50 |
| | **Total Disbursements** | **$302.50** |

| | |
|---|---|
| Total Professional Services | $3,326.25 |
| Total Disbursements | 302.50 |
| **Total Current Charges Due** | **$3,628.75** |

# Polsinelli Shughart PC

# Invoice Detail

For Professional Services Through 5/31/12
File No. 025319-426839
Re: Chetram Enforcement (T-N 11/0286)
Loan #10057303

## Statement of Outstanding Invoices

| Date | Inv# | Amount | Credit | Payments | Balance* |
|------|------|--------|--------|----------|----------|
| 05/21/12 | 881419 | $1,438.50 | $0.00 | $0.00 | $1,438.50 |
| **Total of Prior Balance Due** | | | | | **$1,438.50** |

*If a payment has already been made, thank you.

KeyCorp Real Estate Capital Markets, Inc.
Kevin Hogg
11501 Outlook Street, Suite #300
Overland Park, KS 66211

June 25, 2012
Invoice No.: 889167
File No.: 025319-426839
Client Reference No: 5006

Re:     Chetram Enforcement (T-N 11/0286)
        Loan #10057303

---

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $3,326.25 |
| Current Disbursements | 302.50 |
| **Total Current Invoice – Due by July 26, 2012** | **$3,628.75** |
| Balance from Previous Statement | 6,165.68 |
| Payments Received | (4,727.18) |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$5,067.25*** |

This invoice reflects services performed and expenses incurred on your behalf. Your prompt
attention is appreciated. Please contact us immediately to discuss any questions you may
have. Thank you for this opportunity to serve you.

---

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com**.
For other inquiries, please contact **Daniel J. Flanigan** at **(816)753-1000** or **dflanigan@polsinelli.com**.

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

KeyCorp Real Estate Capital Markets, Inc.
Kevin Hogg
11501 Outlook Street, Suite #300
Overland Park, KS 66211

**May 21, 2012**
Invoice No: 881419
File No: 025319-426839
Client Reference No: 5006

Re:  Chetram Enforcement (T-N 11/0286)
     Loan #10057303

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $1,438.50 |
| Current Disbursements | 0.00 |
| **Total Current Invoice - Due by June 21, 2012** | **$1,438.50** |
| Balance from Previous Statement | 10,752.04 |
| Payments Received | (6,024.86) |
| *Total Amount (Any Unpaid Previous Balances are Due Immediately)* | *$6,165.68* |

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms:  Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

# Polsinelli Shughart PC

# Invoice Detail

For Professional Services Through 4/30/12
File No. 025319-426839
Re: Chetram Enforcement (T-N 11/0286)
Loan #10057303

## Professional Services

| Date | Description | Tmkpr | Hours | Amount |
|------|-------------|-------|-------|--------|
| 4/2/12 | Finalize and send | KAVER | 0.25 | $27.50 |
| 4/9/12 | Review of **REDACTED** | ASTAY | 0.20 | 49.00 |
| 4/10/12 | Check | BDAND | 0.10 | 39.00 |
| 4/10/12 | Review of | ASTAY | 0.30 | 73.50 |
| 4/11/12 | Review of | ASTAY | 1.35 | 330.75 |
| | . Consultation with | | | |
| 4/12/12 | Revised | ASTAY | 2.30 | 563.50 |
| 4/18/12 | Review   E-mail correspondence | ASTAY | 0.40 | 98.00 |
| 4/23/12 | Revised   Follow-up e-mail | ASTAY | 0.25 | 61.25 |
| 4/25/12 | Revised   Consultation with | ASTAY | 0.80 | $196.00 |
| | Organization of | | | |
| **Total Professional Services** | | | | **$1,438.50** |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| B.D. Anders | Shareholder | 390.00 | 0.10 | $39.00 |
| A.S. Taylor | Associate | 245.00 | 5.60 | 1,372.00 |
| K.A. Vervoort | Paralegal | 110.00 | 0.25 | $27.50 |
| Total Professional Services | | | | $1,438.50 |
| Total Disbursements | | | | 0.00 |
| **Total Current Charges Due** | | | | **$1,438.50** |

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

# Polsinelli Shughart PC

# Invoice Detail

## Statement of Outstanding Invoices

| Date | Inv# | Amount | Credit | Payments | Balance* |
|------|------|--------|--------|----------|----------|
| 04/25/12 | 875647 | $4,727.18 | $0.00 | $0.00 | $4,727.18 |
| **Total of Prior Balance Due** | | | | | **$4,727.18** |

*If a payment has already been made, thank you.

KeyCorp Real Estate Capital Markets, Inc.        May 21, 2012
Kevin Hogg                                        Invoice No.: 881419
11501 Outlook Street, Suite #300                  File No.: 025319-426839
Overland Park, KS  66211                          Client Reference No: 5006

Re:      Chetram Enforcement (T-N 11/0286)
         Loan #10057303

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $1,438.50 |
| Current Disbursements | 0.00 |
| **Total Current Invoice – Due by June 21, 2012** | **$1,438.50** |
| Balance from Previous Statement | 10,752.04 |
| Payments Received | (6,024.86) |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$6,165.68*** |

This invoice reflects services performed and expenses incurred on your behalf.  Your prompt attention is appreciated.  Please contact us immediately to discuss any questions you may have.  Thank you for this opportunity to serve you.

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000 or dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms:  Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

KeyCorp Real Estate Capital Markets, Inc.
Kevin Hogg
11501 Outlook Street, Suite #300
Overland Park, KS 66211

**April 25, 2012**
Invoice No: 875647
File No: 025319-426839
Client Reference No: 5006

Re:     Chetram Enforcement (T-N 11/0286)
        Loan #10057303

---

## Invoice Summary

| | |
|---|---|
| Current Professional Services | $4,712.75 |
| Current Disbursements | 14.43 |
| **Total Current Invoice - Due by May 26, 2012** | **$4,727.18** |
| Balance from Previous Statement | 6,024.86 |
| Payments Received | 0.00 |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$10,752.04*** |

---

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

# Polsinelli Shughart PC

# Invoice Detail

For Professional Services Through 3/31/12
File No. 025319-426839
Re: Chetram Enforcement (T-N 11/0286)
Loan #10057303

## Professional Services

| Date | Description | Tmkpr | Hours | Amount |
|------|-------------|-------|-------|--------|
| 2/22/12 | Work on | MKPRU | 6.50 | $1,495.00 |
| | Legal research and analysis | | | |
| | Work on | | | |
| | Legal research and analysis | | | |
| | REDACTED | | | |
| | Correspondence re | | | |
| 2/23/12 | Legal research and analysis | MKPRU | 7.85 | 1,805.50 |
| | Legal research and analysis | | | |
| | Work on | | | |
| | Correspondence re | | | |
| 2/24/12 | Review and revise | MKPRU | 3.90 | 897.00 |
| | Receipt and review | | | |
| | Work on | | | |
| 2/27/12 | Review and revise | MKPRU | 0.55 | 126.50 |
| | Correspondence re | | | |
| 3/5/12 | Instructions | ASTAY | 0.15 | 36.75 |
| 3/12/12 | Review and revisions | ASTAY | 1.10 | 269.50 |
| 3/20/12 | Communications with | KAVER | 0.75 | $82.50 |
| | Prepare | | | |
| | **Total Professional Services** | | | **$4,712.75** |

# Polsinelli Shughart PC

# Invoice Detail

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| M.K. Pruett | Associate | 230.00 | 18.80 | $4,324.00 |
| A.S. Taylor | Associate | 245.00 | 1.25 | 306.25 |
| K.A. Vervoort | Paralegal | 110.00 | 0.75 | $82.50 |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 02/29/12 | On-Line Searches | $10.45 |
| 02/29/12 | On-Line Searches | 1.10 |
| 02/29/12 | On-Line Searches | 2.88 |
| | **Total Disbursements** | **$14.43** |

| | |
|---|---|
| Total Professional Services | $4,712.75 |
| Total Disbursements | 14.43 |
| **Total Current Charges Due** | **$4,727.18** |

# Polsinelli Shughart PC

# Invoice Detail

For Professional Services Through 3/31/12
File No. 025319-426839
Re: Chetram Enforcement (T-N 11/0286)
Loan #10057303

## Statement of Outstanding Invoices

| Date | Inv# | Amount | Credit | Payments | Balance* |
|------|------|--------|--------|----------|----------|
| 03/23/12 | 867629 | $6,024.86 | $0.00 | $0.00 | $6,024.86 |
| **Total of Prior Balance Due** | | | | | **$6,024.86** |

*If a payment has already been made, thank you.

KeyCorp Real Estate Capital Markets, Inc.   April 25, 2012
Kevin Hogg                                   Invoice No.: 875647
11501 Outlook Street, Suite #300             File No.: 025319-426839
Overland Park, KS  66211                     Client Reference No: 5006

Re:    Chetram Enforcement (T-N 11/0286)
       Loan #10057303

---

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $4,712.75 |
| Current Disbursements | 14.43 |
| **Total Current Invoice - Due by May 26, 2012** | **$4,727.18** |
| Balance from Previous Statement | 6,024.86 |
| Payments Received | 0.00 |
| *Total Amount (Any Unpaid Previous Balances are Due Immediately)* | *$10,752.04* |

---

This invoice reflects services performed and expenses incurred on your behalf.  Your prompt attention is appreciated.  Please contact us immediately to discuss any questions you may have.  Thank you for this opportunity to serve you.

---

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com**.
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000 or dflanigan@polsinelli.com**.

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms:  Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

| | |
|---|---|
| KeyCorp Real Estate Capital Markets, Inc. | **March 23, 2012** |
| Kevin Hogg | Invoice No: 867629 |
| 11501 Outlook Street, Suite #300 | File No: 025319-426839 |
| Overland Park, KS 66211 | Client Reference No: 5006 |

Re:     Chetram Enforcement (T-N 11/0286)

## Invoice Summary

| | |
|---|---|
| Current Professional Services | $5,613.25 |
| Current Disbursements | 411.61 |
| **Total Current Invoice - Due by April 23, 2012** | **$6,024.86** |
| Balance from Previous Statement | 3,774.75 |
| Payments Received | (3,774.75) |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$6,024.86*** |

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct:  Polsinelli Shughart, PC
Acct #:  4343953230
ABA #:  101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

# Polsinelli Shughart PC

# Invoice Detail

## Professional Services

| Date | Description | Tmkpr | Hours | Amount |
|------|-------------|-------|-------|--------|
| 1/4/12 | Consultation with · Review | ASTAY | 0.40 | $98.00 |
| 1/5/12 | Multiple correspondence re **REDACTED** | MKPRU | 0.60 | 138.00 |
| 1/5/12 | Multiple conference calls with Assist | KAVER | 0.60 | 66.00 |
| 1/5/12 | Review of Review of | ASTAY | 0.40 | 98.00 |
| 1/6/12 | Work on : | DAGOL | 0.70 | 280.00 |
| 1/6/12 | Telephone conference with · | ASTAY | 0.30 | 73.50 |
| 1/9/12 | Prepare | KAVER | 0.30 | 33.00 |
| 1/9/12 | Follow-up call to · | ASTAY | 0.25 | 61.25 |
| 1/10/12 | Check | BDAND | 0.10 | 39.00 |
| 1/10/12 | Review and revise | MKPRU | 1.45 | 333.50 |
| 1/10/12 | Follow-up correspondence with · | ASTAY | 0.35 | 85.75 |
| 1/11/12 | Review | JANAG | 1.20 | 396.00 |
| 1/11/12 | Review and revise · | MKPRU | 3.10 | 713.00 |
| 1/11/12 | Research ' Communications with | TJBAC | 0.35 | 38.50 |
| 1/11/12 | Revised Follow-up correspondence with Instructions to | ASTAY | 1.15 | 281.75 |

# Polsinelli Shughart PC

# Invoice Detail

| Date | Description | | | Initials | Hours | Amount |
|---|---|---|---|---|---|---|
| 1/12/12 | Telephone call with | | Instructions to | JANAG | 1.00 | 330.00 |
| | Final review | | | | | |
| | Review | | | | | |
| | Draft detailed email to | | | | | |
| 1/12/12 | Assist | **REDACTED** | | KAVER | 0.40 | 44.00 |
| | Telephone call with | | | | | |
| | . E-mails with | | | | | |
| 1/12/12 | Work regarding | | | ASTAY | 0.55 | 134.75 |
| | Review work | | | | | |
| 1/17/12 | Work on | | | MKPRU | 0.75 | 172.50 |
| | Correspondence re | | | | | |
| 1/18/12 | Correspondence re | | | MKPRU | 0.20 | 46.00 |
| 1/19/12 | Research | | | TJBAC | 0.30 | 33.00 |
| 1/23/12 | Finish preparation | Compile the | | TJBAC | 1.10 | 121.00 |
| 1/23/12 | Communications with | | | KAVER | 0.45 | 49.50 |
| 1/24/12 | Review | and follow up | | JANAG | 0.10 | 33.00 |
| 1/27/12 | Receive | | | TJBAC | 1.10 | 121.00 |
| | prepare | and make arrangements | | | | |
| 2/1/12 | Check | | | KAVER | 0.10 | 11.00 |
| 2/2/12 | Review correspondence | | | ASTAY | 0.10 | 24.50 |
| 2/7/12 | Check | | | KAVER | 0.20 | 22.00 |
| | Communications with | | | | | |
| 2/7/12 | Instructions to | | | ASTAY | 0.10 | 24.50 |
| 2/8/12 | Communications with | | | TJBAC | 0.35 | 38.50 |
| 2/20/12 | Telephone call with | | | JANAG | 0.25 | 82.50 |
| 2/21/12 | Check | | | BDAND | 0.10 | 39.00 |
| 2/21/12 | Telephone call with | | | JANAG | 0.35 | 115.50 |
| 2/21/12 | Check | | | KAVER | 0.40 | 44.00 |
| | Communications with | | | | | |
| 2/21/12 | Review and revise | | | ASTAY | 1.80 | 441.00 |

# Polsinelli Shughart PC

# Invoice Detail

For Professional Services Through 2/29/12
File No. 025319-426839
Re: Chetram Enforcement (T-N 11/0286)

| Date | Description | | | Timekeeper | Hours | Amount |
|------|-------------|--|--|------------|-------|--------|
| 2/22/12 | Review of | **REDACTED** | | ASTAY | 0.10 | 24.50 |
| 2/23/12 | Review and revise | | | BDAND | 0.60 | 234.00 |
| 2/23/12 | Review and Revise / Review of | Review and revise and analysis of | | ASTAY | 0.35 | 85.75 |
| 2/24/12 | Review | | | JANAG | 0.25 | 82.50 |
| 2/24/12 | Contact | | Prepare the | TJBAC | 1.20 | 132.00 |
| | Receive and review | | | | | |
| 2/24/12 | Communications with / Review and revise | | | ASTAY | 0.55 | 134.75 |
| 2/27/12 | Review and revise | | | ASTAY | 1.05 | $257.25 |
| | **Total Professional Services** | | | | | **$5,613.25** |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| B.D. Anders | Shareholder | 390.00 | 0.80 | $312.00 |
| D.A. Goldberg | Shareholder | 400.00 | 0.70 | 280.00 |
| J.A. Nagi | Shareholder | 330.00 | 3.15 | 1,039.50 |
| M.K. Pruett | Associate | 230.00 | 6.10 | 1,403.00 |
| A.S. Taylor | Associate | 245.00 | 7.45 | 1,825.25 |
| T.J. Backus | Paralegal | 110.00 | 4.40 | 484.00 |
| K.A. Vervoort | Paralegal | 110.00 | 2.45 | $269.50 |

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| | Document Reproduction | $7.80 |
| | Federal Express | 19.18 |
| | Westlaw Computer Research | 170.00 |
| 01/12/12 | Client Advance - - VENDOR: Queens County Clerk - Lis Pendens | 35.00 |
| 01/31/12 | PACER - Cost Recovery January 2012 | 2.88 |
| 01/31/12 | Miscellaneous United Lawyers Service Inc New York Servicing company | 59.25 |
| 02/06/12 | Miscellaneous Hatfield Process Service Servicing and forward fees | 117.50 |
| | **Total Disbursements** | **$411.61** |

| | |
|---|---|
| Total Professional Services | $5,613.25 |
| Total Disbursements | 411.61 |
| **Total Current Charges Due** | **$6,024.86** |

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

# Polsinelli Shughart PC

# Invoice Detail

For Professional Services Through 2/29/12
File No. 025319-426839
Re: Chetram Enforcement (T-N 11/0286)

KeyCorp Real Estate Capital Markets, Inc.
Kevin Hogg
11501 Outlook Street, Suite #300
Overland Park, KS 66211

March 23, 2012
Invoice No.: 867629
File No.: 025319-426839
Client Reference No: 5006

Re:    Chetram Enforcement (T-N 11/0286)

## Invoice Summary

| | |
|---|---|
| Current Professional Services | $5,613.25 |
| Current Disbursements | 411.61 |
| **Total Current Invoice - Due by April 23, 2012** | **$6,024.86** |
| Balance from Previous Statement | 3,774.75 |
| Payments Received | (3,774.75) |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$6,024.86*** |

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan** at **(816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

KeyCorp Real Estate Capital Markets, Inc.
Kevin Hogg
11501 Outlook Street, Suite #300
Overland Park, KS 66211

**January 24, 2012**
Invoice No: 853747
File No: 025319-426839
Client Reference No: 5006

Re:     Chetram Enforcement (T-N 11/0286)

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $3,774.75 |
| Current Disbursements | 0.00 |
| **Total Current Invoice - Due by February 24, 2012** | **$3,774.75** |
| Balance from Previous Statement | 2,272.75 |
| Payments Received | (2,272.75) |
| *Total Amount (Any Unpaid Previous Balances are Due Immediately)* | **$3,774.75** |

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

# Polsinelli Shughart PC

# Invoice Detail

For Professional Services Through 12/31/11
File No. 025319-426839
Re: Chetram Enforcement (T-N 11/0286)

## Professional Services

| Date | Description | Tmkpr | Hours | Amount |
|------|-------------|-------|-------|--------|
| 12/1/11 | Draft<br>Correspondence with | MKPRU | 2.55 | $561.00 |
| 12/1/11 | Consultation with **REDACTED** | ASTAY | 0.20 | 44.00 |
| 12/6/11 | Review | KAVER | 0.15 | 15.75 |
| 12/12/11 | Draft | MKPRU | 3.55 | 781.00 |
| 12/12/11 | Review of. and correspondence | ASTAY | 0.15 | 33.00 |
| 12/14/11 | Check | BDAND | 0.10 | 38.00 |
| 12/14/11 | Correspondence with | MKPRU | 0.25 | 55.00 |
| 12/14/11 | Analysis of | ASTAY | 0.20 | 44.00 |
| 12/16/11 | Receipt and review | MKPRU | 0.20 | 44.00 |
| 12/19/11 | Review | ASTAY | 0.45 | 99.00 |
| 12/20/11 | Review and revise | BDAND | 0.30 | 114.00 |
| 12/20/11 | Draft Correspondence re | MKPRU | 0.80 | 176.00 |
| 12/20/11 | Receipt of Instructions to | ASTAY | 0.15 | 33.00 |
| 12/21/11 | Review of | ASTAY | 1.75 | 385.00 |
| 12/22/11 | Receipt and review of | MKPRU | 0.10 | 22.00 |
| 12/23/11 | Revisions to | BDAND | 0.20 | 76.00 |
| 12/27/11 | Correspondence re<br>Correspondence re Revise<br>. Correspondence re | MKPRU | 2.45 | 539.00 |
| 12/27/11 | Review and revise | ASTAY | 0.60 | 132.00 |
| 12/28/11 | Review correspondence and instructions | ASTAY | 0.20 | 44.00 |
| 12/29/11 | Draft | MKPRU | 2.45 | $539.00 |
| | **Total Professional Services** | | | **$3,774.75** |

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

# Polsinelli Shughart PC

# Invoice Detail

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| B.D. Anders | Shareholder | 380.00 | 0.60 | $228.00 |
| M.K. Pruett | Associate | 220.00 | 12.35 | 2,717.00 |
| A.S. Taylor | Associate | 220.00 | 3.70 | 814.00 |
| K.A. Vervoort | Paralegal | 105.00 | 0.15 | $15.75 |
| Total Professional Services | | | | $3,774.75 |
| Total Disbursements | | | | 0.00 |
| **Total Current Charges Due** | | | | **$3,774.75** |

KeyCorp Real Estate Capital Markets, Inc.
Kevin Hogg
11501 Outlook Street, Suite #300
Overland Park, KS  66211

January 24, 2012
Invoice No.: 853747
File No.: 025319-426839
Client Reference No: 5006

Re:     Chetram Enforcement (T-N 11/0286)

## Invoice Summary

| | |
|---|---|
| Current Professional Services | $3,774.75 |
| Current Disbursements | 0.00 |
| **Total Current Invoice – Due by February 24, 2012** | **$3,774.75** |
| Balance from Previous Statement | 2,272.75 |
| Payments Received | (2,272.75) |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$3,774.75*** |

This invoice reflects services performed and expenses incurred on your behalf.  Your prompt attention is appreciated.  Please contact us immediately to discuss any questions you may have.  Thank you for this opportunity to serve you.

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct:  Polsinelli Shughart, PC
Acct #:  4343953230
ABA #:  101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms:  Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

KeyCorp Real Estate Capital Markets, Inc.  
Kevin Hogg  
11501 Outlook Street, Suite #300  
Overland Park, KS 66211

**December 19, 2011**  
Invoice No: 845883  
File No: 025319-426839  
Client Reference No: 5006

Re:     Chetram Enforcement (T-N 11/0286)

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $1,747.75 |
| Current Disbursements | 285.00 |
| **Total Current Invoice - Due by January 19, 2012** | **$2,032.75** |
| Balance from Previous Statement | 240.00 |
| Payments Received | 0.00 |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$2,272.75*** |

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**  
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to  
Polsinelli Shughart PC  
P.O. Box 878681  
Kansas City, MO 64187-8681  
Wire Instructions:  
US Bank  
Acct: Polsinelli Shughart, PC  
Acct #: 4343953230  
ABA #: 101000187  
SWIFT Code - USBKUS44IMT  
Please reference Invoice No.

# Polsinelli Shughart PC

# Invoice Detail

## Professional Services

| Date | Description | Tmkpr | Hours | Amount |
|------|-------------|-------|-------|--------|
| 11/1/11 | Review ... . Assist Research regarding Assist Communications with REDACTED | KAVER | 3.10 | $325.50 |
| 11/1/11 | Analysis of | ASTAY | 1.75 | 385.00 |
| 11/2/11 | Work regarding : | ASTAY | 1.05 | 231.00 |
| 11/3/11 | Analysis of | ASTAY | 0.25 | 55.00 |
| 11/9/11 | Prepare Communications with . Prepare | KAVER | 2.05 | 215.25 |
| 11/10/11 | Check in on status Discuss with | MRMOR | 0.80 | 184.00 |
| 11/14/11 | Work on . Correspondence re | MKPRU | 1.10 | 242.00 |
| 11/17/11 | Correspondence re : | MKPRU | 0.20 | 44.00 |
| 11/30/11 | Review and analysis . Conference with | MKPRU | 0.30 | $66.00 |
| | **Total Professional Services** | | | **$1,747.75** |

# Polsinelli Shughart PC

# Invoice Detail

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| M.R. Moriarity | Associate | 230.00 | 0.80 | $184.00 |
| M.K. Pruett | Associate | 220.00 | 1.60 | 352.00 |
| A.S. Taylor | Associate | 220.00 | 3.05 | 671.00 |
| K.A. Vervoort | Paralegal | 105.00 | 5.15 | $540.75 |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 11/09/11 | Filing Fees - - VENDOR: Department of State UCC-3 Assignment | $40.00 |
| 11/09/11 | Filing Fees - - VENDOR: Home Abstract Corp Recording fees for UCC-3 Assignments | 245.00 |
| | **Total Disbursements** | **$285.00** |

| | |
|---|---|
| Total Professional Services | $1,747.75 |
| Total Disbursements | 285.00 |
| **Total Current Charges Due** | **$2,032.75** |

# Polsinelli Shughart PC

# Invoice Detail

## Statement of Outstanding Invoices

| Date | Inv# | Amount | Credit | Payments | Balance* |
|------|------|--------|--------|----------|----------|
| 11/28/11 | 841071 | $240.00 | $0.00 | $0.00 | $240.00 |
| **Total of Prior Balance Due** | | | | | **$240.00** |

*If a payment has already been made, thank you.

KeyCorp Real Estate Capital Markets, Inc.
Kevin Hogg
11501 Outlook Street, Suite #300
Overland Park, KS 66211

December 19, 2011
Invoice No.: 845883
File No.: 025319-426839
Client Reference No: 5006

Re:     Chetram Enforcement (T-N 11/0286)

---

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $1,747.75 |
| Current Disbursements | 285.00 |
| **Total Current Invoice - Due by January 19, 2012** | **$2,032.75** |
| Balance from Previous Statement | 240.00 |
| Payments Received | 0.00 |
| *Total Amount (Any Unpaid Previous Balances are Due Immediately)* | *$2,272.75* |

---

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

---

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan** at **(816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

KeyCorp Real Estate Capital Markets, Inc.
Kevin Hogg
11501 Outlook Street, Suite #300
Overland Park, KS 66211

**November 28, 2011**
Invoice No: 841071
File No: 025319-426839
Client Reference No: 5006

Re:     Chetram Enforcement (T-N 11/0286)

## Invoice Summary

| | |
|---|---|
| Current Professional Services | $240.00 |
| Current Disbursements | 0.00 |
| **Total Current Invoice - Due by December 29, 2011** | **$240.00** |
| Balance from Previous Statement | 1,797.00 |
| Payments Received | (1,797.00) |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$240.00*** |

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

# Polsinelli Shughart PC

# Invoice Detail

For Professional Services Through 10/31/11
File No. 025319-426839
Re: Chetram Enforcement (T-N 11/0286)

## Professional Services

| Date | Description | Tmkpr | Hours | Amount |
|------|-------------|-------|-------|--------|
| 10/7/11 | Check on | BDAND | 0.20 | $76.00 |
| 10/12/11 | Phone conference with **REDACTED** | BDAND | 0.10 | 38.00 |
| 10/31/11 | Communications with . Begin drafting | KAVER | 1.20 | $126.00 |
| | **Total Professional Services** | | | **$240.00** |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| B.D. Anders | Shareholder | 380.00 | 0.30 | $114.00 |
| K.A. Vervoort | Paralegal | 105.00 | 1.20 | $126.00 |
| Total Professional Services | | | | $240.00 |
| Total Disbursements | | | | 0.00 |
| **Total Current Charges Due** | | | | **$240.00** |

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

KeyCorp Real Estate Capital Markets, Inc.
Kevin Hogg
11501 Outlook Street, Suite #300
Overland Park, KS 66211

November 28, 2011
Invoice No.: 841071
File No.: 025319-426839
Client Reference No: 5006

Re:     Chetram Enforcement (T-N 11/0286)

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $240.00 |
| Current Disbursements | 0.00 |
| **Total Current Invoice – Due by December 29, 2011** | **$240.00** |
| Balance from Previous Statement | 1,797.00 |
| Payments Received | (1,797.00) |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$240.00*** |

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan** at **(816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms:  Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

KeyCorp Real Estate Capital Markets, Inc.
Kevin Hogg
11501 Outlook Street, Suite #300
Overland Park, KS 66211

**October 7, 2011**
Invoice No: 830361
File No: 025319-426839
Client Reference No: 5006

Re: Chetram Enforcement (T-N 11/0286)

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $594.00 |
| Current Disbursements | 0.00 |
| **Total Current Invoice - Due by November 7, 2011** | **$594.00** |
| Balance from Previous Statement | 2,776.81 |
| Payments Received | (1,573.81) |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$1,797.00*** |

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

# Polsinelli Shughart PC

# Invoice Detail

For Professional Services Through 9/30/11
File No. 025319-426839
Re: Chetram Enforcement (T-N 11/0286)

## Professional Services

| Date | Description | Tmkpr | Hours | Amount |
|------|-------------|-------|-------|--------|
| 9/8/11 | Work on | BDAND | 0.10 | $38.00 |
| 9/14/11 | Draft            Correspondence re | MKPRU | 0.10 | 22.00 |
| 9/15/11 | Correspondence re | MKPRU | 0.35 | 77.00 |
|  | **REDACTED** |  |  |  |
| 9/15/11 | Analyze | TMSUM | 0.70 | 210.00 |
| 9/16/11 | Correspondence with | MKPRU | 0.40 | 88.00 |
|  | . Receive and review |  |  |  |
| 9/16/11 | Analyze | TMSUM | 0.20 | 60.00 |
| 9/19/11 | Receipt and review | MKPRU | 0.45 | $99.00 |
| | **Total Professional Services** | | | **$594.00** |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| B.D. Anders | Shareholder | 380.00 | 0.10 | $38.00 |
| T.M. Summers | Of Counsel | 300.00 | 0.90 | 270.00 |
| M.K. Pruett | Associate | 220.00 | 1.30 | $286.00 |
| Total Professional Services | | | | $594.00 |
| Total Disbursements | | | | 0.00 |
| **Total Current Charges Due** | | | | **$594.00** |

**Payment Terms:  Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

# Polsinelli Shughart PC

# Invoice Detail

## Statement of Outstanding Invoices

| Date | Inv# | Amount | Credit | Payments | Balance* |
|------|------|--------|--------|----------|----------|
| 09/14/11 | 825441 | $1,203.00 | $0.00 | $0.00 | $1,203.00 |
| **Total of Prior Balance Due** | | | | | **$1,203.00** |

*If a payment has already been made, thank you.

KeyCorp Real Estate Capital Markets, Inc.       October 7, 2011
Kevin Hogg       Invoice No.: 830361
11501 Outlook Street, Suite #300       File No.: 025319-426839
Overland Park, KS 66211       Client Reference No: 5006

Re:    Chetram Enforcement (T-N 11/0286)

## Invoice Summary

| | |
|---|---|
| Current Professional Services | $594.00 |
| Current Disbursements | 0.00 |
| **Total Current Invoice – Due by November 7, 2011** | **$594.00** |
| Balance from Previous Statement | 2,776.81 |
| Payments Received | (1,573.81) |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$1,797.00*** |

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan** at **(816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

KeyCorp Real Estate Capital Markets, Inc.
Kevin Hogg
11501 Outlook Street, Suite #300
Overland Park, KS 66211

**September 14, 2011**
Invoice No: 825441
File No: 025319-426839
Client Reference No: 5006

Re:    Chetram Enforcement (T-N 11/0286)

## Invoice Summary

| | |
|---|---|
| Current Professional Services | $1,203.00 |
| Current Disbursements | 0.00 |
| **Total Current Invoice - Due by October 15, 2011** | **$1,203.00** |
| Balance from Previous Statement | 2,388.81 |
| Payments Received | (815.00) |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$2,776.81*** |

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com**.
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000** or **dflanigan@polsinelli.com**.

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

# Polsinelli Shughart PC

# Invoice Detail

File No. 025319-426839
Re: Chetram Enforcement (T-N 11/0286)

## Professional Services

| Date | Description | Tmkpr | Hours | Amount |
|---|---|---|---|---|
| 4/25/11 | Review and analysis          Draft | MKPRU | 2.25 | $495.00 |
| | Draft | | | |
| 4/26/11 | Finalize | **REDACTED** | MKPRU | 1.20 | 264.00 |
| 8/1/11 | Correspondence regarding | MKPRU | 0.65 | 143.00 |
| | Review and analysis | | | |
| | Correspondence re | | | |
| 8/2/11 | Receive and review | BDAND | 0.20 | 76.00 |
| | Coordinate | | | |
| 8/19/11 | Check status | BDAND | 0.10 | 38.00 |
| 8/19/11 | Correspondence re          Conference with | MKPRU | 0.85 | $187.00 |
| | Correspondence re | | | |
| **Total Professional Services** | | | | **$1,203.00** |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| B.D. Anders | Shareholder | 380.00 | 0.30 | $114.00 |
| M.K. Pruett | Associate | 220.00 | 4.95 | $1,089.00 |
| Total Professional Services | | | | $1,203.00 |
| Total Disbursements | | | | 0.00 |
| **Total Current Charges Due** | | | | **$1,203.00** |

# Polsinelli Shughart PC

# Invoice Detail

## Statement of Outstanding Invoices

| Date | Inv# | Amount | Credit | Payments | Balance* |
|------|------|--------|--------|----------|----------|
| 08/24/11 | 819637 | $1,573.81 | $0.00 | $0.00 | $1,573.81 |
| **Total of Prior Balance Due** | | | | | **$1,573.81** |

*If a payment has already been made, thank you.

KeyCorp Real Estate Capital Markets, Inc.          September 14, 2011
Kevin Hogg                                          Invoice No.: 825441
11501 Outlook Street, Suite #300                    File No.: 025319-426839
Overland Park, KS 66211                             Client Reference No: 5006

Re:     Chetram Enforcement (T-N 11/0286)

---

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $1,203.00 |
| Current Disbursements | 0.00 |
| **Total Current Invoice - Due by October 15, 2011** | **$1,203.00** |
| Balance from Previous Statement | 2,388.81 |
| Payments Received | (815.00) |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$2,776.81*** |

---

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

---

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan** at **(816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

KeyCorp Real Estate Capital Markets, Inc.
Kevin Hogg
11501 Outlook Street, Suite #300
Overland Park, KS 66211

**August 24, 2011**
Invoice No: 819637
File No: 025319-426839
Client Reference No: 5006

Re:     Chetram Enforcement (T-N 11/0286)

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $1,534.75 |
| Current Disbursements | 39.06 |
| **Total Current Invoice - Due by September 24, 2011** | **$1,573.81** |
| Balance from Previous Statement | 815.00 |
| Payments Received | 0.00 |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$2,388.81*** |

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

# Polsinelli Shughart PC

# Invoice Detail

## Professional Services

| Date | Description | Tmkpr | Hours | Amount |
|------|-------------|-------|-------|--------|
| 7/1/11 | Correspondence re correspondence re | MKPRU | 1.40 | $308.00 |
| | **REDACTED** | | | |
| 7/5/11 | Correspondence re | MKPRU | 0.20 | 44.00 |
| 7/5/11 | Assist . E-mail to | KAVER | 0.80 | 84.00 |
| 7/6/11 | Correspondence re | MKPRU | 0.05 | 11.00 |
| 7/14/11 | Assist Conference with | KAVER | 0.60 | 63.00 |
| 7/15/11 | Assist E-mail to | KAVER | 0.75 | 78.75 |
| 7/18/11 | Review and analysis Work on | MKPRU | 0.85 | 187.00 |
| | Correspondence re | | | |
| 7/20/11 | Receive and review Draft | BDAND | 0.80 | 304.00 |
| 7/20/11 | Review and analysis Conference re Correspondence re | MKPRU | 0.50 | 110.00 |
| 7/21/11 | Receive and review | BDAND | 0.10 | 38.00 |
| 7/25/11 | Phone conference with | BDAND | 0.20 | 76.00 |
| 7/26/11 | Worked on Review and analysis | MKPRU | 0.75 | 165.00 |
| 7/28/11 | Correspondence re | MKPRU | 0.30 | $66.00 |
| | **Total Professional Services** | | | **$1,534.75** |

# Polsinelli Shughart PC

# Invoice Detail

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| B.D. Anders | Shareholder | 380.00 | 1.10 | $418.00 |
| M.K. Pruett | Associate | 220.00 | 4.05 | 891.00 |
| K.A. Vervoort | Paralegal | 105.00 | 2.15 | $225.75 |

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| | Document Reproduction | $3.10 |
| | Federal Express | 35.96 |
| | **Total Disbursements** | **$39.06** |

| | |
|---|---|
| Total Professional Services | $1,534.75 |
| Total Disbursements | 39.06 |
| **Total Current Charges Due** | **$1,573.81** |

# Polsinelli Shughart PC

# Invoice Detail

## Statement of Outstanding Invoices

| Date | Inv# | Amount | Credit | Payments | Balance* |
|------|------|--------|--------|----------|----------|
| 06/23/11 | 806401 | $266.00 | $0.00 | $0.00 | $266.00 |
| 07/25/11 | 812218 | 549.00 | 0.00 | 0.00 | 549.00 |
| **Total of Prior Balance Due** | | | | | **$815.00** |

*If a payment has already been made, thank you.

KeyCorp Real Estate Capital Markets, Inc.
Kevin Hogg
11501 Outlook Street, Suite #300
Overland Park, KS 66211

August 24, 2011
Invoice No.: 819637
File No.: 025319-426839
Client Reference No: 5006

Re:     Chetram Enforcement (T-N 11/0286)

---

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $1,534.75 |
| Current Disbursements | 39.06 |
| **Total Current Invoice – Due by September 24, 2011** | **$1,573.81** |
| Balance from Previous Statement | 815.00 |
| Payments Received | 0.00 |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$2,388.81*** |

---

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

---

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms:  Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

| | |
|---|---|
| KeyCorp Real Estate Capital Markets, Inc. | **July 25, 2011** |
| Kevin Hogg | Invoice No: 812218 |
| 11501 Outlook Street, Suite #300 | File No: 025319-426839 |
| Overland Park, KS 66211 | Client Reference No: 5006 |

Re:     Chetram Enforcement (T-N 11/0286)

---

## Invoice Summary

| | |
|---|---|
| Current Professional Services | $549.00 |
| Current Disbursements | 0.00 |
| **Total Current Invoice - Due by August 25, 2011** | **$549.00** |
| Balance from Previous Statement | 266.00 |
| Payments Received | 0.00 |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$815.00*** |

---

Questions regarding payments or accounts, please call **1-877-577-7455 or AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000 or dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

# Polsinelli Shughart PC

# Invoice Detail

## Professional Services

| Date | Description | Tmkpr | Hours | Amount |
|------|-------------|-------|-------|--------|
| 6/22/11 | Review and revise | BDAND | 0.20 | $76.00 |
| 6/22/11 | Correspondence with ` **REDACTED** Draft | MKPRU | 1.55 | 341.00 |
| 6/23/11 | Review and analysis | MKPRU | 0.60 | $132.00 |
| | Work on Multiple correspondences | | | |
| **Total Professional Services** | | | | **$549.00** |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| B.D. Anders | Shareholder | 380.00 | 0.20 | $76.00 |
| M.K. Pruett | Associate | 220.00 | 2.15 | $473.00 |
| Total Professional Services | | | | $549.00 |
| Total Disbursements | | | | 0.00 |
| **Total Current Charges Due** | | | | **$549.00** |

# Polsinelli Shughart PC

# Invoice Detail

For Professional Services Through 6/30/11
File No. 025319-426839
Re: Chetram Enforcement (T-N 11/0286)

## Statement of Outstanding Invoices

| Date | Inv# | Amount | Credit | Payments | Balance* |
|------|------|--------|--------|----------|----------|
| 06/23/11 | 806401 | $266.00 | $0.00 | $0.00 | $266.00 |
| **Total of Prior Balance Due** | | | | | **$266.00** |

*If a payment has already been made, thank you.

KeyCorp Real Estate Capital Markets, Inc.
Kevin Hogg
11501 Outlook Street, Suite #300
Overland Park, KS 66211

July 25, 2011
Invoice No.: 812218
File No.: 025319-426839
Client Reference No: 5006

Re:     Chetram Enforcement (T-N 11/0286)

---

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $549.00 |
| Current Disbursements | 0.00 |
| **Total Current Invoice - Due by August 25, 2011** | **$549.00** |
| Balance from Previous Statement | 266.00 |
| Payments Received | 0.00 |
| ***Total Amount (Any Unpaid Previous Balances are Due Immediately)*** | ***$815.00*** |

---

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

---

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

KeyCorp Real Estate Capital Markets, Inc.
Kevin Hogg
11501 Outlook Street, Suite #300
Overland Park, KS 66211

**June 23, 2011**
Invoice No: 806401
File No: 025319-426839
Client Reference No: 5006

Re:     Chetram Enforcement (T-N 11/0286)

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $266.00 |
| Current Disbursements | . 0.00 |
| **Total Current Invoice - Due by July 24, 2011** | **$266.00** |
| *Total Amount Due by July 24, 2011* | *$266.00* |

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan at (816)753-1000 or dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

# Polsinelli Shughart PC

# Invoice Detail

File No. 025319-426839
Re: Chetram Enforcement (T-N 11/0286)

## Professional Services

| Date | Description | Tmkpr | Hours | Amount |
|------|-------------|-------|-------|--------|
| 4/25/11 | Exchange email correspondence · **REDACTED** | BDAND | 0.30 | $114.00 |
| 4/26/11 | Receive and review<br>Review and revise · . Review and revise | BDAND | 0.40 | $152.00 |
| | **Total Professional Services** | | | **$266.00** |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| B.D. Anders | Shareholder | 380.00 | 0.70 | $266.00 |
| Total Professional Services | | | | $266.00 |
| Total Disbursements | | | | 0.00 |
| **Total Current Charges Due** | | | | **$266.00** |

KeyCorp Real Estate Capital Markets, Inc.
Kevin Hogg
11501 Outlook Street, Suite #300
Overland Park, KS 66211

June 23, 2011
Invoice No.: 806401
File No.: 025319-426839
Client Reference No: 5006

Re:     Chetram Enforcement (T-N 11/0286)

---

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $266.00 |
| Current Disbursements | 0.00 |
| **Total Current Invoice - Due by July 24, 2011** | **$266.00** |
| *Total Amount Due by July 24, 2011* | *$266.00* |

---

This invoice reflects services performed and expenses incurred on your behalf.  Your prompt
attention is appreciated.  Please contact us immediately to discuss any questions you may
have.  Thank you for this opportunity to serve you.

---

Questions regarding payments or accounts, please call **1-877-577-
7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Daniel J. Flanigan at (816)753-
1000** or **dflanigan@polsinelli.com.**

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct:  Polsinelli Shughart, PC
Acct #:  4343953230
ABA #:  101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms:  Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances